*JUDGE SULLIVAN*

08 CV 6187

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU HOSPITALS CENTER,

    Plaintiffs,

vs.                                     CASE NO.

THOMAS MOLLO and
BLUE CROSS BLUE SHIELD
OF FLORIDA, INC.

    Defendants.
_____/


RECEIVED JUL 08 2008 U.S.D.C. S.D.N.Y. CASHIERS

## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Blue Cross and Blue Shield of Florida, Inc., pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submits its disclosure statement and states that there is no parent corporation nor any publicly held corporation that has an ownership interest in it.

                                                          HOLLAND & KNIGHT LLP

                                                          _____
                                                          William J. Honan
                                                          New York Bar No. 1092527
                                                          Harmony I. Loube
                                                          New York Bar No. 4534830
                                                          195 Broadway, 24th Floor
                                                          New York, New York 10007
                                                          Telephone: (215) 513-3200
                                                          Facsimile: (215) 385-9010
                                                          Attorneys for Defendants