UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYU HOSPITALS CENTER,<br><br>      Plaintiff,<br><br> - against -<br><br>THOMAS MOLLO and BLUE CROSS BLUE SHIELD OF FLORIDA, INC.,<br><br>      Defendants. | 08 CV 6187 (Sullivan)<br><br>**CERTIFICATE OF SERVICE** |

State of New York )
       ) SS.:
County of New York )

  RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New York, certifies under penalty of perjury:

  That on July 8, 2008, I served the Notice of Removal and the Disclosure Statement, by mailing true copies of the same in a duly enclosed and sealed wrapper with first-class postage prepaid thereon and addressed to:

  William A. Hecht, Esq.
  William A. Hecht, P.C.
  901 North Broadway, Suite 3B
  White Plains, NY 10603.

            _____
              RUDY D. GREEN

Dated: July 8, 2008
# 5461196_v1