UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**NYU Hospitals Center**,
        **Plaintiff,**

-v-

**Thomas Molloy, et ano,**
        **Defendants.**

Case No.
08-cv-06187 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The motion to dismiss filed by Defendant Blue Cross Blue Shield of Florida, on 25, 2008 is denied without prejudice for failure to comply with the Court's individual practices and the Local Rules of this District.

    The Clerk of the Court is directed to terminate the motion docketed as document #7.

SO ORDERED.

Dated:    July 28, 2008
           New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE