AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHORN DISTRICT OF NEW YORK

NYU HOSPITALS CENTER, PLAINTIFF,

VS.

THOMAS MOLLO AND BLUE CROSS BLUE SHIELD OF FLORIDA, INC., DEFENDANTS.

**APPEARANCE**

Case Number: 08-CV-06187 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff.

I certify that I am admitted to practice in this court.

8/7/2008
Date

Signature: /s/ Patricia Hecht

PATRICIA HECHT, OF COUNSEL TO WILLIAM A. HECHT, P.C.
Print Name

2994184
Bar Number

901 N. Broadway, Suite 3B
Address

White Plains, NY 10603
City    State    Zip Code

(914) 946-0647    (914) 644-1708
Phone Number    Fax Number