UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU HOSPITALS,

                Plaintiff,

-v-

THOMAS MOLLO, and BLUE CROSS BLUE
SHIELD OF FLORIDA, INC.,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

No. 08 Civ. 6187 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Before the Court is Defendants' letter dated July 29, 2008 requesting a pre-motion conference for the purpose of filing a motion to dismiss the complaint. The parties are ordered to appear at a pre-motion conference on August 18, 2008 in Courtroom 9A, at 3:30 pm. Plaintiffs must submit a pre-motion letter in accordance with Rule 2A of the undersigned's individual practices no later than August 11, 2008.

SO ORDERED.

Dated:    August 5, 2008
             New York, New York

                            RICHARD J. SULLIVAN
                            UNITED STATES DISTRICT JUDGE