UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYU HOSPITALS CENTER,<br><br>                    Plaintiff,<br><br>          - against -<br><br>THOMAS MOLLO and<br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC.<br><br>                    Defendants. | 08 CV 6187 (RJS)<br><br>NOTICE OF MOTION TO<br><u>ADMIT COUNSEL *PRO HAC VICE*</u> |

PLEASE TAKE NOTICE that upon the annexed affidavit of William J. Honan dated August 11, 2008 and the exhibits thereto, and all of the pleadings and prior proceedings in this action, defendant, Blue Cross Blue Shield of Florida, Inc. will move this Court, at the United States District Court for the Southern District of New York, for an order, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District courts for the Southern and Eastern Districts of New York, admitting Timothy J. Conner *pro hac vice* in the above-captioned matter.

Dated:   New York, New York

         August 11, 2008

HOLLAND & KNIGHT LLP

By: _____
William J. Honan
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant


TO:   William A. Hecht, Esquire
      William A. Hecht, P.C.
      901 North Broadway, Suite 3B
      White Plains, New York 10603

      Attorney for Plaintiff


# 5452909_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU HOSPITALS CENTER,

                        Plaintiff,

- against -

THOMASS MOLLO and
BLUE CROSS BLUE SHIELD OF FLORIDA, INC.

                        Defendants.

08 CV 6187 (RJS)

MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District courts for the Southern and Eastern Districts of New York, I, William J. Honan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Timothy J. Conner, Esq.
    Holland & Knight LLP
    50 North Laura Street, Suite 3900
    Jacksonville, FL 32202
    Phone: 904-353-2000
    Fax: 904-358-1872
    Timothy.Conner@hklaw.com

Timothy Conner is a member in good standing of the Bar of the State of Florida.

There are no pending disciplinary proceedings against Timothy Conner in any State or Federal court.

August 11, 2008
New York, NY

Respectfully submitted,

*[signature]*

William J. Honan
HOLLAND & KNIGHT LLP
195 Broadway, 24th Floor
New York, NY 10007
(212) 513-3200

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Title 28 U.S.C.§1746, that on August 11, 2008, I served a true and correct copy of the attached Motion to Admit Counsel Pro Hac Vice, by mailing it in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service, to be delivered by First Class Mail to:

> William A. Hecht, Esquire
> William A. Hecht, P.C.
> 901 North Broadway, Suite 3B
> White Plains, New York 10603

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008.

*[signature]*
William J. Honan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYU HOSPITALS CENTER,<br><br>                              Plaintiff,<br><br>- against -<br><br>THOMAS MOLLO and<br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC.<br><br>                              Defendants. | 08 CV 6187 (RJS)<br><br>AFFIDAVIT OF WILLIAM J. HONAN<br>IN SUPPORT OF MOTION TO ADMIT<br>TIMOTHY J. CONNER<br>*PRO HAC VICE* |

WILLIAM J. HONAN, being duly sworn, hereby deposes and says as follows:

1.   I am a partner with the firm of Holland & Knight LLP, counsel for Defendant, Blue Cross Blue Shield of Florida, Inc., in above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit my partner Timothy Conner as counsel pro hac vice to represent Defendant Blue Cross Blue Shield of Florida, Inc. in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1970.

3.   Mr. Conner is one of my partners at Holland & Knight LLP in our Jacksonville, Florida office.

4.   I know Mr. Conner to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5.  Mr. Conner is a member in good standing of the Bar of the State of Florida, having been admitted to that bar in 1988. A certificate of good standing from the Bar of the State of Florida, which was issued within the last thirty (30) days, is attached as Exhibit A.

6.  Accordingly, I am pleased to move the admission of Timothy Conner, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Timothy Conner, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Timothy Conner, *pro hac vice*, to represent Defendant, Blue Cross Blue Shield of Florida, Inc., in the above captioned matter, be granted.

Dated: August 11, 2008
       New York, New York

Respectfully submitted,

_____
William J. Honan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200

Sworn to before me
this 11th day of August, 2008.

_____
        Notary Public

# 5452957_v1

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010

2

EXHIBIT A



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

        In Re:   767580
                 Tim J. Conner
                 Holland & Knight, LLP
                 50 N. Laura St., Ste. 3900
                 Jacksonville, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 1988.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 30th day of July, 2008.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smtzz3:R10

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYU HOSPITALS CENTER,<br><br>                                    Plaintiff,<br><br>- against -<br><br>THOMAS MOLLO and<br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC.<br><br>                                    Defendants. | 08 CV 6187 (RJS)<br><br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE*<br>ON WRITTEN MOTION |

Upon the motion of William J. Honan attorney for Defendant, Blue Cross Blue Shield of Florida, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Timothy J. Conner, Esq.
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Phone: 904-353-2000
Fax: 904-358-1872
Timothy.Conner@hklaw.com

is admitted to practice *pro hac vice* as counsel for Defendant, Blue Cross Blue Shield of Florida, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:      August ___, 2008
            New York, New York

                                        _____
                                        United States District Judge
                                        United States District Court Southern District of New York

# 5452936_v1