UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

NYU HOSPITALS CENTER,

            Plaintiff,

- against -

THOMAS MOLLO and
BLUE CROSS BLUE SHIELD OF FLORIDA, INC.

            Defendants.

08 CV 6187 (RJS)

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION

Upon the motion of William J. Honan attorney for Defendant, Blue Cross Blue Shield of Florida, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Timothy J. Conner, Esq.
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Phone: 904-353-2000
Fax: 904-358-1872
Timothy.Conner@hklaw.com

is admitted to practice *pro hac vice* as counsel for Defendant, Blue Cross Blue Shield of Florida, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 14, 2008
New York, New York

_____
United States District Judge
United States District Court Southern District of New York

#5452936 v1