UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/08

NYU HOSPITALS CENTER,

      Plaintiff,

-v-

THOMAS MOLLOY, ET ANO

      Defendants.

Case No.
08-cv-6187 (RJS)

AMENDED ORDER

RICHARD J. SULLIVAN, District Judge:

  IT IS HEREBY ORDERED, that the pre motion conference previously scheduled by this Court for August 18, 2008 at 3:30pm is hereby adjourned to August 21, 2008 at 9am.

            SO ORDERED.

            RICHARD J. SULLIVAN
            UNITED STATES DISTRICT JUDGE

DATED:
New York, New York  Aug 14, 2008