UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NYU HOSPITALS,

          Plaintiff,

-v-

THOMAS MOLLO, and BLUE CROSS BLUE
SHIELD OF FLORIDA, INC.,

          Defendants.

No. 08 Civ. 6187 (RJS)
ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/08

RICHARD J. SULLIVAN, District Judge:

Before the Court is Blue Cross Blue Shield's letter dated August 11, 2008, requesting permission for Timothy Conner to appear at the Pre-Motion Conference scheduled for August 21, 2008, at 9:00 AM, by telephone. Permission is hereby granted. Mr. Conner is directed to call Chambers at the appointed time and date.

SO ORDERED.

Dated:     August 15, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE