UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

NYU HOSPITALS CENTER,

      Plaintiff,

 -v-

THOMAS MOLLO and BLUE CROSS BLUE SHIELD OF FLORIDA,

      Defendants.

No. 08 Civ. 6187 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

 Pursuant to a pre-motion conference held before the Court on August 26, 2008, the Court hereby ORDERS that the parties are to submit a joint letter to the Court no later than September 9, 2008, indicating if they wish to hold a settlement conference and, if so, what dates are available for such a conference. If, in the alternative, Defendant Blue Cross Blue Shield wishes to file its proposed motion to dismiss, the parties are hereby directed to submit a joint letter no later than September 9, 2008, proposing a briefing schedule for such motions.

 It is FURTHER ORDERED that Defendants' time to answer or otherwise respond to the Complaint is extended until September 9, 2008. Further requests for an extension of time to answer or otherwise respond should be included in the parties' joint letter. The Clerk of the Court is respectfully directed to terminate the motion located at document number 6.

SO ORDERED.

Dated:  August 26, 2008
    New York, New York

                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE